PER CURIAM: In October 2003, Patrick Allen was tried and found guilty of 
two counts of assault and battery of a high and aggra

THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Patrick Javir Allen,       
Appellant.
 
 
 

Appeal From Cherokee County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2005-UP-069
Submitted January 1, 2005  Filed January 
 26, 2005 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Tara Taggart, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 Office of the Attorney General, all of Columbia; and Solicitor Harold W. Gowdy, 
 III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: In October 2003, Patrick Allen 
 was tried and found guilty of two counts of assault and battery of a high and 
 aggravated nature and first-degree burglary.  He was sentenced to concurrent 
 terms of fifteen years for the burglary and ten years for each assault and battery 
 of a high and aggravated nature.  On appeal, counsel for Allen has filed a brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that 
 there are no meritorious grounds for appeal and requesting permission to withdraw 
 from further representation.  Allen filed a pro se response.  

After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
ANDERSON, STILWELL, and SHORT, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.